Opinion by CLINE, J.   In accordance with stipulation of counsel and on the authority of Abstract 48704 a portion of the milled rice, 2⅗₁₀ percent thereof by weight, was held dutiable as broken rice as claimed.   The liqueurs were held dutiable at $2.50 per proof gallon under paragraph 802, Tariff Act of 1930, as amended by T. D. 48316.

**No. 49933.**—Protests 29870–K, etc., of I. Fujimotò et al. (Honolulu).

Opinion by CLINE, J.   It was stipulated and agreed that the merchandise in question is similar in all material respects to that the subject of *Mutual Supply Co.* v. *United States* (12 Cust. Ct. 136, C. D. 842).   In accordance therewith the merchandise was held dutiable at 25 percent under paragraph 775 as modified by T. D. 48075.   The protests were sustained to this extent.

**No. 49934.**—Protests 25520–K, etc., of Alexander & Baldwin, Ltd., et al. (Honolulu).

Opinion by CLINE, J.   It was stipulated and agreed that the merchandise in question is similar in all material respects to that the subject of *Mutual Supply Co.* v. *United States* (12 Cust. Ct. 136, C. D. 842).   In accordance therewith the merchandise was held dutiable at 25 percent under paragraph 775 as modified by T. D. 48075.   The protests were sustained to this extent.

**No. 49935.**—Protests 68838–K, etc., of Fujimoto Trading Co. et àl. (Honolulu).

Opinion by CLINE, J.   It was stipulated and agreed that the merchandise in question is similar in all material respects to that the subject of *Mutual Supply Co.* v. *United States* (12 Cust. Ct. 136, C. D. 842).   In accordance therewith the merchandise was held dutiable at 25 percent under paragraph 775 as modified by T. D. 48075.   The protests were sustained to this extent.

**No. 49936.**—Protest 3836–K of Kraft Phenix Cheese Corp. (Los Angeles).

Opinion by KEEFE, J.   It was stipulated and agreed that the merchandise is similar in all material respects to that the subject of Abstracts 36724 and 38185, which records were incorporated herein.   In accordance with stipulation and following the decisions cited the court held that the collector should .compute the duty upon the basis of the net weight of the cheese as shown by the weigher, less 1 ounce per loaf for tare of foil or paper, or both.   The protest was sustained to this extent.